Electronically Filed - St Louis County - June 29, 2026 - 02:30 PM

IN THE CIRCUIT COURT
OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| **DEANNE L. SIGMUND and** ) | |
| **ROBERT H. SIGMUND,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Cause No. |
| vs. ) | |
| ) | |
| **P-CORN ACQUISITIONS** ) | |
| **MISSOURI, LLC, d/b/a** ) | |
| **RONNIE'S 20 CINE**, ) | |
| Serve: CSC-Lawyers Incorporating ) | |
| Service Company ) | |
| Registered Agent ) | Div. No. |
| 221 Bolivar Street ) | |
| Jefferson City, MO 65101 ) | |
| (Cole County, Missouri ) | |
| ) | |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |

## PETITION

COME NOW Plaintiffs Deanne L. Sigmund and Robert H. Sigmund, by and through

their undersigned attorneys, and for their claims and causes of action against Defendant P-Corn

Acquisitions Missouri, LLC, d/b/a Ronnie's 20 Cine, do hereby state as follows:

### Parties

1.     Plaintiff Deanne L. Sigmund is an individual residing in St. Louis County, State

of Missouri.

2.     Plaintiff Robert H. Sigmund is an individual residing in St. Louis County, State of

Missouri.

3.     At all times relevant herein, Deanne L. Sigmund and Robert H. Sigmund were

and are husband and wife.

1



EXHIBIT
**A**

Electronically Filed - St Louis County - June 29, 2026 - 02:30 PM

4. Defendant P-Corn Acquisitions Missouri, LLC, d/b/a Ronnie's 20 Cine (hereinafter "Ronnie's) is a limited liability company organized under the laws of Missouri with the capacity to sue and be sued.

5. At all times relevant herein, Defendant Ronnie's was acting by and through its agents and employees, in the course and scope of that agency and employment.

### Venue

6. Venue for this action is proper in the St. Louis County Circuit Court pursuant to MO. REV. STAT. § 508.010 in that Plaintiff Deanne L. Sigmund was first injured in St. Louis County, State of Missouri.

### Factual Background

7. On or about June 16, 2024 Defendant Ronnie's operated a movie theater business commonly known and referred to as "Ronnie's 20 Cine" at the premises located at 5320 South Lindbergh Boulevard, St. Louis, Missouri 63126.

8. Upon information and belief, Defendant Ronnie's is responsible for maintaining all the common grounds, sidewalks, hallways, walkways, entryways, and exits in and around Ronnie's 20 Cine.

9. As such, Defendant Ronnie's had a duty to exercise ordinary care to maintain all the common grounds, sidewalks, hallways, walkways, entryways, and exits in and around Ronnie's 20 Cine in a reasonably safe condition for the use of permitted and intended users of the property.

10. On or about June 16, 2024 Plaintiff Deanne L. Sigmund was present on the premises of Ronnie's 20 Cine as a business invitee of Defendant Ronnie's for the purpose of seeing a movie in one of the theaters located on the premises.

Electronically Filed - St Louis County - June 29, 2026 - 02:30 PM

11.     At that time and place, Plaintiff Deanne L. Sigmund was attempting to enter the movie theater at issue when she slipped on popcorn butter located on the floor of the entryway to the movie theater.

12.     This popcorn butter was located within the usual thoroughfare in and out of the theater at issue and was not open or obvious.  As such, it represented an unreasonably dangerous condition.

13.     At the time Plaintiff was injured, and for a long time prior thereto, Defendant Ronnie's invited patrons and guests, including Plaintiff Deanne L. Sigmund, to use the theater entrance where Plaintiff was injured.

14.     One or more employees and/or agents of Defendant Ronnie's had actual knowledge of the existence of the popcorn butter before Plaintiff Deanne L. Sigmund was injured.

15.     Despite this knowledge, Defendant Ronnie's employees and/or agents failed to take reasonable steps to correct the dangerous condition which existed and also failed to warn or otherwise notify patrons, including Plaintiff Deanne L. Sigmund, of the dangerous condition.

### Count I
### Negligence

COMES NOW Plaintiff Deanne L. Sigmund, by and through her counsel of record, and for her first cause of action against Defendant P-Corn Acquisitions Missouri, LLC, d/b/a Ronnie's 20 Cine states as follows:

16.     Plaintiff Deanne L. Sigmund adopts and incorporates the above-numbered paragraphs as though fully set forth herein.

Electronically Filed - St Louis County - June 29, 2026 - 02:30 PM

17.     At all times herein mentioned, at the time Plaintiff Deanne L. Sigmund was injured, and for a long time prior thereto, Defendant Ronnie's induced Plaintiff and others to believe that the premises and every part thereof were kept and maintained in a reasonably safe and proper condition.

18.     However, at the time of the incident, there existed a dangerous condition in the area on and around the entryway to the theater at issue, which was not open and obvious in that:

a.  The entryway leading to the theater did not have any clearing system, such that water, ice, popcorn butter, and other liquids were allowed to accumulate there;

b.  The entryway to the theater was unreasonably slick;

c.  There was no mat or other protective flooring utilized to alleviate the danger of liquid accumulation on the entryway to the theater;

d.  There was insufficient lighting such that Plaintiff Deanne L. Sigmund and others could not see any water, popcorn butter, or other liquid accumulations on the entryway;

e.  There were no signs or other warnings to alert Plaintiff Deanne L. Sigmund and others to the dangerous conditions present on the floor of the entryway; and,

f.  Such other conditions as shall be discovered in the future.

19.     Defendant Ronnie's knew, or in the exercise of ordinary care should have known, that said dangerous conditions existed, and Defendant failed to exercise ordinary care to discover the defective and dangerous conditions at issue.

20.     Defendant Ronnie's failed to use ordinary care to remove the popcorn butter at the area around the entrance to the theater, and failed to warn Plaintiff of the dangerous condition and was therefore negligent.

Electronically Filed - St Louis County - June 29, 2026 - 02:30 PM

21.     At all times herein mentioned and material hereto, Plaintiff Deanne L. Sigmund exercised due care and caution and was free from negligence on her part.

22.     As a direct and proximate result of the negligence of Defendant, Plaintiff slipped and fell, suffering serious and painful injuries, including a closed displaced oblique fracture of the shaft of her right humerus, among other injuries.

23.     Plaintiff Deanne L. Sigmund has undergone surgeries, hospitalization, and extensive physical therapy and will continue to undergo physical therapy to help alleviate her pain and suffering.

24.     Plaintiff Deanne L. Sigmund suffers and will continue to suffer severe pain as a result of her injuries; that all of said injuries and defects are serious and permanent and progressive in nature.

25.     As a direct and proximate result of the negligence of Defendant Ronnie's, Plaintiff Deanne L. Sigmund has incurred medical expenses and will continue to incur medical expenses in an amount not readily ascertainable.

WHEREFORE, Plaintiff Deanne L. Sigmund respectfully requests that this Court enter Judgment against Defendant P-Corn Acquisitions Missouri, LLC, d/b/a Ronnie's 20 Cine in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), sufficient to compensate her for her injuries, for her costs incurred herein, and for such other relief as is just and reasonable.

## Count II
## Loss of Consortium

COMES NOW Plaintiff Robert H. Sigmund and for his first cause of action against Defendant P-Corn Acquisitions Missouri, LLC, d/b/a Ronnie's 20 Cine, states as follows:

26.     Plaintiff Robert H. Sigmund adopts and incorporates the above-numbered paragraphs as though fully set forth herein.

537

Electronically Filed - St Louis County - June 29, 2026 - 02:30 PM

27.     As a direct and proximate result of the carelessness and negligence of Defendant Ronnie's, acting individually and by and through their agents and employees, as set forth above, Plaintiff Robert H. Sigmund has been, and will in the future be deprived of the services, society, companionship, comfort, consortium, and support of his wife, Deanne L. Sigmund.

WHEREFORE Plaintiff Robert H. Sigmund prays this Court enter a judgment against Defendant P-Corn Acquisitions Missouri, LLC, d/b/a Ronnie's 20 Cine, in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), this Court's jurisdictional requisites, and in an amount as will fairly and justly compensate Plaintiff Robert H. Sigmund for his damages, together with cost of suit, and such further relief as this Court deems just under the circumstances.

**ROMAN & BOOCK, LLC**

By:    /s/ *Jamie L. Boock*
Jamie L. Boock, #50912
John P. Guletz, #59911
8909 Ladue Road
St. Louis, MO 63124
314-754-1500
314-863-5151 (facsimile)
jboock@boocklaw.com
jguletz@boocklaw.com
*Attorneys for the Plaintiffs*

6

538